404 A.2d 1350

Commonwealth v. Ronald S. Smith, Appellant.

Argued September 11, 1978. Ronald S. Smith, in propria personam; Kenneth G. Biehn, District Attorney, and with him P. Schenck, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.